**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 08-2164

LAWRENCE VERLINE WILDER, SR.,

Plaintiff - Appellant,

v.

MICHAEL CHERTOFF, Secretary of United States Department of
Homeland Security; WILLIAM BOULDIN, Chief Administrative Law
Judge, United States Merit Systems Protection Board,
Northeastern Regional Office, in his official Federal
Governmental capacity,

Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Benson Everett Legg, Chief District
Judge. (1:07-cv-02541-BEL)

Submitted:  May 21, 2009                Decided:  June 10, 2009

Before MOTZ, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Lawrence Verline Wilder, Sr., Appellant Pro Se.  Allen F.
Loucks, Assistant United States Attorney, Baltimore, Maryland,
for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lawrence Verline Wilder, Sr., appeals the district court's order dismissing his Federal Tort Claims Act complaint without prejudice for failure to exhaust administrative remedies. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Wilder v. Chertoff, No. 1:07-cv-02541-BEL (D. Md. Aug. 14, 2008). Wilder's motions for appointment of counsel and for rehearing and rehearing en banc are denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED